**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

DAVID PRIVOTT,

Plaintiff,

v.

PPX SERVICE, LLC,

Defendant.

Civil Action No.:

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, DAVID PRIVOTT ("Privott" or "Plaintiff"), brings this complaint in the United States District Court for the Southern District of Texas against PPX SERVICE, LLC ("PPX" or "Defendant"), alleging as follows:

## THE PARTIES

1. Privott is an experienced commercial photographer of over twenty years, specializing in architectural photography and portraits. Privott's work has been published in numerous high-end publications, including *Forbes*, *Architectural Digest*, and *Washingtonian*. Privott founded, owns, and operates David Madison Photography, Inc. Privott resides in Leesburg, Virginia.

2. Defendant is a Limited Liability Company organized and existing under the laws of the State of Texas with its principal place of business located in Magnolia, Texas. Defendant's agent for service of process is Shannon S. Walla, 28410 Sycamore Falls Lane, Fulshear, Texas, 77441.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Defendant because Defendant has maintained sufficient minimum contacts with the State of Texas and as a result the exercise of personal jurisdiction over Defendant by this Court would not offend traditional notices of fair play and substantial justice.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agent(s) reside or may be found in this district: "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant."

## FACTS

### I. The Photograph at Issue in this Lawsuit

6. On June 15, 2024, in Georgetown, Texas, Privott captured the photographs, "106-©2024DavidMadisonPhotography," "133-©2024DavidMadisonPhotography," and "143-©2024DavidMadisonPhotography," ("Copyrighted Photographs") copies of which are exhibited below:







7. On September 17, 2025, Privott registered Copyrighted Photographs with the United States Copyright Office (Registration No.: VA 2-469-929).

8. For all times relevant to this action, Plaintiff has been the author and exclusive copyright holder of all copyright rights in and to Copyrighted Photographs. As such, Plaintiff is entitled to institute and maintain this action for copyright infringement. See 17 U.S.C. § 501(b).

**II. Defendant's Unlawful Activities**

9. Defendant owns, operates, and is solely responsible for the content posted to its commercial website, www.texasplumbersbyppx.com.

10. On or about February 15, 2025, Defendant copied and posted Copyrighted Photographs to its website, www.texasplumbersbyppx.com/multi-family/modera-georgetown:






11. Defendant is not and has never been licensed to use or display Copyrighted Photographs.

12. Defendant never contacted Plaintiff to seek permission to use Copyrighted Photographs in connection with its website or for any other purpose.

13. Upon information and belief, Defendant located copies of Copyrighted Photographs on the internet and, rather than contact Plaintiff to secure licenses, simply copied Copyrighted Photographs for its own commercial use.

14. Plaintiff first discovered Defendant's unauthorized use and display of Copyrighted Photographs on or about January 1, 2026.

15. Following Plaintiff's discovery, Plaintiff notified Defendant in writing of such unauthorized use.

16. To date, Plaintiff has been unable to negotiate a reasonable license for the past infringement of Copyrighted Photographs.

17. To date, despite being provided explicit information concerning the facts detailed in Sections 6, 7, 8, and 10 of this Complaint, Defendant has refused to remove its infringing use of Copyrighted Photographs.

## COUNT I: COPYRIGHT INFRINGEMENT

18. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

19. Copyrighted Photograph is an original work of authorship, embodying copyrightable subject matter, and therefore subject to the full protection of the United States copyright laws (17 U.S.C. § 101 et seq.).

20. Privott owns a valid copyright in Copyrighted Photographs, having registered Copyrighted Photograph with the Register of Copyrights.

21. Plaintiff has standing to bring this lawsuit and assert the claim(s) herein as it has sufficient rights, title, and interest to such copyright.

22. Defendant reproduced, distributed, and publicly displayed Copyrighted Photographs without authorization from Plaintiff.

23. By its actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying Copyrighted Photographs for its own commercial purposes.

24. Defendant's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.

25. Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

26. Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of Copyrighted Photograph and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b)), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of Copyrighted Photographs, which amounts shall be proven at trial.

27. To the extent infringement by Defendant of Copyrighted Photographs occurred post-registration or within the three (3) month period between first publication and registration, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Defendant's conduct pursuant to 17 U.S.C. § 505 for such infringement of the corresponding Copyrighted Photographs.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a. A declaration Defendant has infringed Plaintiff's copyrights in Copyrighted Photographs;

b. A declaration such infringement is willful (to the extent applicable);

c. An award of actual damages and disgorgement of profits as the Court deems proper.

d. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

e. Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or

continuing to display, transfer, advertise, reproduce, or otherwise market Copyrighted Photographs or to participate or assist in any such activity; and

f. For such other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: September 23, 2026

**Deal Copyright Law, P.L.C.**

*/s/ David C. Deal*
David C. Deal
P.O. Box 625
Charlottesville, Virginia 22902
Telephone: (434) 261-2704
Email: david@dealcopyrightlaw.com
*Counsel for Plaintiff*